CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 8 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH DWAYNE SOLOMON, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06CV00717 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This ___8th___ day of December, 2006.

_____
United States District Judge

Dockets.Justia.com