CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 8 2006

JOHN F. CORCORAN, CLERK
BY:
       /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH DWAYNE SOLOMON,<br>　　Petitioner, | Civil Action No. 7:06CV00717 |
| v. | **FINAL ORDER** |
| TERRY O'BRIEN,<br>　　Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This ___8th___ day of December, 2006.

　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　United States District Judge